**Ralph J. LIPE v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3698.

Circuit Court of Appeals, Tenth Circuit.

April 23, 1948.

Thomas C. Swanson, of Kansas City, Mo., for appellant.

Randolph Carpenter, U. S. Atty., Eugene W. Davis, Asst. U. S. Atty., and James W. Wallace, Asst. U. S. Atty., all of Topeka, Kan., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee April 23, 1948.

**Robert L. McCLENDON, Appellant, v. L. F. UTECHT, as Warden of Minnesota State Prison.**

No. 13739.

Circuit Court of Appeals, Eighth Circuit.

May 4, 1948.

Robert L. McClendon, pro se.

PER CURIAM.

Appeal dismissed by the Court.

**Joe MELTON et al. v. POTASH COMPANY OF AMERICA.**

No. 3675.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1948.

Graham & Scheunemann and Max D. Melville, all of Denver, Colo., for appellants.

Lewis, Grant, Newton, Davis & Henry, of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee for failure diligently to prosecute the same.

**Charles Lee McINTOSH, Petitioner, v. DISTRICT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF MISSOURI.**

No. 13737.

Circuit Court of Appeals, Eighth Circuit.

May 1, 1948.

Charles Lee McIntosh, pro se.

PER CURIAM.

Petition for writ of mandamus in all respects denied.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. STODDARD MANUFACTURING COMPANY, Inc.**

No. 13745.

Circuit Court of Appeals, Eighth Circuit.

May 28, 1948.

David P. Findling, Associate General Counsel, National Labor Relations Board, and Ruth Weyand, Acting Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement